In the Matter of Acquiring Title by the CITY OF NEW YORK, etc. Westerly Side of Egbert Avenue, Northerly Side of Saw Mill Road and Easterly Side of Manor Road, Borough of Richmond, etc. Application of ELISE U. GARLOCHS, etc.— Matter referred to the Hon. Lester W. Clark, official referee, to hear and report to this court, upon notice to all parties in interest. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

In the Matter of the Application of MINNIE DOYLE for the Appointment of a Committee of the Person and Property of DANIEL O'CONNOR, an Alleged Incompetent Person, Respondent, v. ANNIE LYMAN, as Committee of the Person and Property of DANIEL O'CONNOR, etc., and MINNIE DOYLE.— Motion for leave to appeal to the Court of Appeals granted. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ. Settle order upon notice.

In the Matter of the Petition of AUGUSTA H. SPERRY to Revoke the Letters Testamentary Heretofore Issued to CHARLES H. CORBETT, as Executor, etc.— Motion denied on condition that appellant pay ten dollars costs of the motion within ten days; otherwise, motion granted. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

CHARLES W. SHERWOOD, Appellant, v. THOMAS E. COFFEY, Respondent.— Motion for reargument denied, without costs. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

EMIL J. STEHLI, Appellant, v. TOWN OF OYSTER BAY, Respondent.— Motion granted, without costs, on condition that appellant perfect the appeal, place the case on the calendar for the June term, and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

SUNRISE STORAGE AND WAREHOUSE CORPORATION, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion denied, but stay continued for thirty days to afford opportunity to apply to the Court of Appeals. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

THE CITY OF NEW YORK, Respondent, v. FEDERAL HOLDING COMPANY and Others, Defendants, Impleaded with SACHARO RUBENS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.

ROCCO COLCIANO, Respondent, v. MORSE & BURT Co., INC., and MANNES F. LIPSKI, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Rich, Kelly and Jaycox, JJ., concur.

EMILY DAVIES, Respondent, v. HUBERT A. JAGGER and THE VILLAGE OF SOUTHAMPTON, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Kelly and Jaycox, JJ.